FILED 16 JAN '25 10:24 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Portland _____ DIVISION

Sebastian Diaz _____

*(Enter full name of plaintiff)*

Plaintiff,

v.

Lieutenant Younce _____

Mr. Kammerzell Inspector II
C.O. Schatzlein   C.O. Courtoure

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 2:25-cv-92 AN _____
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes     ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Sebastian Diaz ID: 26493192
Street Address: E.O.C.I. 2500 Westgate
City, State & Zip Code: Pendleton, OR 97801
Telephone No.: n/a

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: Mr. Kamerzell - Inspecter II

Street Address: 2500 Westgate

City, State & Zip Code: Pendleton, OR 97801

Telephone No.: unknown

**Defendant No. 2**    Name: Lieutenant Younce

Street Address: 2500 Westgate

City, State & Zip Code: Pendleton, OR. 97801

Telephone No.: unknown

**Defendant No. 3**    Name: C.O. Schatzlein

Street Address: 2500 Westgate

City, State & Zip Code: Pendleton, OR 97801

Telephone No.: n/a unknown

**Defendant No. 4**    Name: C.O. Courtoure

Street Address: 2500 Westgate

City, State & Zip Code: Pendleton, OR 97801

Telephone No.: unknown

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Failure To Protect          Deliberate Indifference

Eight Amendment    Sixth Amendment    fourthteeth Amendment

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Deliberate Indifference - I notified prison officials that I was having problems with the natives, and that the Northsiders and Natives were having issues. Prison officials then moved me to a different unit into a cell with a Native knowing full well that we had issues. I notified Mr. Kammerzell, Lieutenant Younce and my unit officer and nothing was done. I was not moved even after my repeated requests to prison officials. As a result, I was jumped by gany members and physically assaulted. I believe prison officials intentionally set this up and violated my Eighth Amendment rights.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Failure to Protect: On 1-17-24 I spoke to Lt. Younce and explained the situation to him and told him I needed to move. Lt. Younce said, "ILL look into it, but did not take my concerns seriously. 20 or 30 minutes later I was in

my cell and my door was open because they were doing trays up. That's when AIC Brewer SID 19691278 ran into my cell and brutally attacked me. I fought back to defend myself, but I sustained physical injuries from this unprovoked attack. I was then handcuffed and that's when AIC McNair began to yell threats at me. It should be noted that AIC's McNair's door was open when he was yelling and threatening me. Staff heard the threats from AIC McNair and did not close his door. Instead they walked me past his cell and AIC McNair ran out of the cell and brutally attacked me while I was handcuffed. AIC McNair began punching me and did not stop him until staff threw us both to the ground even though I was the one being assaulted. Even after we were tackled to the ground, AIC McNair was still able to punch me in the head. The staff involved are guilty of deliberate indifference and failure to protect.

**Claim III**

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(If you have additional claims, describe them on another piece of paper, using the same outline.)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒Yes          ☐No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Compensatory Damages - $25,000

Nominal Damages $1,000

Punitive Damages $25,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of January, 2025

_Sebastian Diaz_
(Signature of Plaintiff)



# Oregon Department of Corrections (ODOC)
## Eastern Oregon Correctional Institution
### Grievance - Denied

**To:** Diaz, Sebastian          **SID #:** 26493192        **Cell:** EOCI:F337B
**From:** Cunha, S               **Date:** 07/02/2024

**Re:** Non-Medical# EOCI_2024_05_082

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

**05/14/24: Rec'd initial grievance-DENIED- Per rule, grievances must be received by the Grievance Coordinator within 14 calendar days from the incident/issue being grieved**

Grievances must be received by the institution grievance coordinator or designee within 14 calendar days from the date of the incident or issue being grieved, unless the AIC can satisfactorily demonstrate why the grievance could not be timely filed. Untimely grievances will be denied and returned to the AIC with a statement of the rule.

A denied initial grievance or appeal cannot be appealed.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

Page 1 of 1

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: __3__ of __3__ (3 page limit)    Grievance # __EOCI-2024-05-082__

*Official Use Only*                                    *Resubmit*

**GRIEVANCE FORM**

Name: __Diaz Sebastian  R__   __26493192__   __16A F3__
　　　Last　　　　First　　　　Initial　　　SID#　　　Cell/Block/Bunk #

Whom are you grieving __CO KAMMERZELL, LT YOUNCL, CO SCHATZLEIN, CO COVRTOUR C, ALL STAFF INVOLED__

Please provide the date/time of incident giving rise to grievance: __1-17-24__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

THAT'S WHEN AIC BREWER SID 19691278 RAN INTO MY CELL AND BRUTUALLY ATTACKED ME. I FOUGHT BACK TO DEFEND MYSELF, BUT I SUSTAINED PHYSICAL INJURIES FROM THIS UNPROVOKED ATTACK. I WAS THEN HANDCUFFED AND THATS WHEN AIC MCNAIR BEGAN TO YELL THREATS AT ME, IT SHOULD NOTED THAT AIC MCNAIR'S DOOR WAS OPEN WHEW HE WAS YELLING AND THREATENING ME, STAFF HEARD THE THREATS FROM AIC MCNAIR AND DID NOT CLOSE HIS DOOR, INSTEAD THEY WALKED ME PAST HIS CELL AND AIC MCNAIR RAN OUT OF CELL AND BRUTUALLY ATTACKED ME WHILE I WAS HANDCUFFED. AIC MCNAIR BEGAN PUNCHING ME AND HE DID NOT STOP HIM UNTIL STAFF THREW US BOTH TO THE GROUND EVEN THOUGH I WAS THE ONE BEING ASSUALTED, EVEN AFTER WE WERE TACKLED TO THE GROUND, AIC MCNAIR WAS STILL ABLE TO PUNCH ME IN THE HEAD, THE STAFF INVOLVED ARE GUILTY OF DELIBERATE INDIFFERENCE AND FAILURE TO PROTECT.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

__5/12/24__
Date

__Sebastian Diaz__
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | DENIED | |
| | ⋯ ⋯ | MAY 14 2024 | |
| Date Stamp | EOCI GRIEVANCE ⋯ Date Stamp | EOCI GRIEVANCE OFFICE Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*　　　CD 117 (11/2019)

Page: 2 of 3 (3 page limit)    Grievance # EOCI-2024-05-082

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: DIAZ Sebastian R 26493192 16A F3
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving C.O. KAMMERZELL, LT YOVNCE, CO. SCHATZLEIN, CO COURTOUR L, ALL STAFF INVOLVED

Please provide the date/time of incident giving rise to grievance: 1-17-24

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

SAID HE COULDN'T MAKE MOVES, BUT THAT HE WOULD CALL SOMEONE. THEN ON MONDAY, I SPOKE TO C.O. SCHATZLEIN AND TOLD HIM THE SAME THING AND TOLD HIM I NEEDED TO BE MOVED. I ALSO SENT LT. YOVNCE A KYTE OVER THE WEEKEND. INFORMING HIM OF THE SITUATION. THEN ON MONDAY I SPOKE TO C.O. KAMMERZELL AND EXPLAINED THE SITUATION WITH MY CELLY AND DONT HIM I NEEDED TO BE MOVED. C.O. KAMMERZELL SAID AND I QUOTE, "PUT YOUR BEANIE OVER YOUR EYES AND CHILL." CO KAMMERZELL WAS DELIBERATELY INDIFFERENT. THEN ON WEDNESDAY (1-18-24) I SPOKE TO LT. YOVNCE AND EXPLAINED THE SITUATION TO HIM AND TOLD HIM I NEEDED TO MOVE. LT. YOVNCE SAID, "I'LL LOOK INTO IT." BUT DID NOT TAKE MY CONCERNS SERIOUSLY. 20 OR 30 MINUTES LATER I WAS IN MY CELL AND MY DOOR WAS OPEN BECAUSE THEY WERE DOING, TRAY UP,

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I WOULD HAVE FILED A GRIEVENCE SOONER, BUT I FEARED RETALIATION FROM THE ADMINISTRATION. I FEARED THAT THEY WOULD PUT ME IN ANOTHER BAD SITUATION THAT THREATENED MY SAFETY.

5-12/24
Date

Sebastian DIAZ
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 14 2024 | DENIED MAY 14 2024 | |
| Date Stamp | ECCI GP Date Stamp | EOCI GRIEVANCE OFFICE Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)

Page: 1 of 3 (3 page limit)

Grievance # EOCE-2024-05-082

Official Use Only          Resubmit

**GRIEVANCE FORM**

Name: DiAZ    SebAsHan    R    2649319a    F3/6A
Last        First        Initial    SID#    Cell/Block/Bunk #

Whom are you grieving C.D. KAMMERZELL, LT. YOUNCE, C.O. SCHATZLEIN, CO COURTOURE- ALL INVOLVED STAFF

Please provide the date/time of incident giving rise to grievance: 1-17-24

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

SEVERAL DAYS PRIOR TO 1-24-24, A SITUATION OCCURRED ON A3 BETWEEN US NORTHSIDERS & THE NATIVES. THEN ON 1-24-24, C.O. KAMMERZELL QUESTIONED ME ABOUT THE SITUATION THAT OCCURRED ON A3. HE HAD OBVIOUSLY BEEN MADE AWARE OF THE SITUATION. THE FOLLOWING DAY I WAS MOVED TO B2 AND PLACED IN A CELL WITH A NATIVE AIC. I DONT KNOW WHY THEY WOULD MOVE ME IN THE CELL WITH A NATIVE AIC WHEN C.O. KAMMERZELL KNEW THAT THERE WAS ISSUES BETWEEN US. I BELIEVE THEY DID THAT TO SET ME UP. AI MOVED TO B2 ON FRIDAY. ON SUNDAY I SPOKE TO C.O. COURTOURE AND I TOLD C.O. COURTOURE THAT MY HOUSING ASSIGNMENT WAS NOT GOING TO WORK AND THAT I NEEDED TO BE MOVED. I EXPLICTLY EXPLAINED THAT AIC CRANE HAD BAD CHARGES AS WELL AND BEING THAT I WAS AN ACTIVE GANG-MEMBER I COULDNT BE CELLED UP WITH AIC CRANE. C.O. COURTOURE

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I AM REQUESTING FINANCIAL COMPENSATION FOR MY INJURIES AND FOR STAFF'S DELIBERATE INDIFFERENCE AND FAIRURE TO PROTECT. I WANT AN APOLOGY LETTER. I WANT THE AG'S OFFICE TO INVESTIGATE.

3-12-24
Date

Sebastian Diaz
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | DENIED | |
| | MAY 14 2024 | MAY 14 2024 | |
| Date Stamp | EOCI GRIEVANCE OFFICE Date Stamp | EOCI GRIEVANCE OFFICE Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Conary (AIC receipt after processed)          CD 117 (11/2019)