**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for
Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEBASTIAN DIAZ,<br><br>                                  Plaintiff,<br><br>          v.<br><br>KAMERZELL, LIEUTENANT YOUNCE, C/O SCHATZLEIN and C/O COURTOURE,<br><br>                                  Defendants. | Case No. 2:25-CV-0092-AN<br><br>DECLARATION OF JOHN COUTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, John Couture, declare:

1.     My name is John Couture.  I am currently employed as a correctional officer for the Oregon Department of Corrections ("ODOC") at Eastern Oregon Correctional Institution ("EOCI").  I made this declaration on personal knowledge and in support of defendants' motion for summary judgment.

2.     I understand that AIC Diaz makes claims arising out of an incident that occurred January 17, 2024.

3.     In January 2024, I was a trainee officer, working third shift from 4 p.m. to midnight on unit A3.  Several days prior to January 17, I do not recall the exact date, AIC Diaz

PAGE 1 – DECLARATION OF COUTURE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

approached me and stated that he would not be "celled up" with AIC Crain because Crain had "bad charges." AIC Diaz did not state that he was worried about his physical safety.

4.    I contacted my sergeant, who told me to tell AIC Diaz his options: (1) send a kyte, which is an inmate communication form, to the housing assignment office; (2) check in the next day with the day shift officer to see if they could work with the assignment office to facilitate a move; (3) refuse his housing, in which case he would be placed in segregation. To the best of my recollection, I presented these options and asked AIC Diaz, "If you are refusing to cell in, we can take you to seg?" AIC Diaz chose to return to his cell.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: November 21, 2025

_s/John Couture_
John Couture

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing **DECLARATION OF JOHN COUTURE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by sending a true and correct copy of same in the following manner:

      __X__  U.S. regular mail, first class postage prepaid;

      _____  Hand delivery;

      _____  Electronic mailing;

      _____  Express and/or overnight service;

to the person listed below and addressed as follows:

Sebastian Diaz
SID #26493192
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

Of Attorneys for Plaintiff


        DATED:  December 9, 2025.

DAN RAYFIELD ATTORNEY GENERAL FOR THE STATE OF OREGON


      *s/Beth F. Plass*
**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975
Special Assistant Attorneys General for Defendants

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975