**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for
Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEBASTIAN DIAZ,<br><br>                         Plaintiff,<br>       v.<br>KAMERZELL, LIEUTENANT YOUNCE, C/O<br>SCHATZLEIN and C/O COURTOURE,<br>                        Defendants. | Case No. 2:25-CV-0092-AN<br><br>DECLARATION OF TRAVAS<br>KAMMERZELL IN SUPPORT OF<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT |

I, Travas Kammerzell, declare:

1.      My name is Travas Kammerzell.  I am currently employed as an Inspector 2 for the Inspector General's Office for the Oregon Department of Corrections ("ODOC") at Eastern Oregon Correctional Institution ("EOCI").  I make this declaration on personal knowledge and in support of defendants' motion for summary judgment.

2.      I understand that AIC Sebastian Diaz makes claims arising out of an incident that occurred January 17, 2024.

3.      I am familiar with AIC Diaz.  I recall that AIC Diaz approached me on the west yard a few days before January 17, 2024 and asked me for a cell move due to he and his cellmate

PAGE 1 – DECLARATION OF KAMMERZELL RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

not getting along.  Pursuant to ODOC procedure, I informed him to reach out to the assignment office who does housing and to reach out to the Security Threat Management lieutenant.  AIC Diaz would not elaborate on the issue that he and his cellmate were having.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: November 24, 2025.

*s/Travas Kammerzell*
**Travas Kammerzell**

PAGE 2 – DECLARATION OF KAMMERZELL RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have made service of the foregoing **DECLARATION OF TRAVAS KAMMERZELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by sending a true and correct copy of same in the following manner:

   X   U.S. regular mail, first class postage prepaid;

\_\_\_\_\_ Hand delivery;

\_\_\_\_\_ Electronic mailing;

\_\_\_\_\_ Express and/or overnight service;

to the person listed below and addressed as follows:

Sebastian Diaz
SID #26493192
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

Of Attorneys for Plaintiff

DATED:  December 9, 2025.

DAN RAYFIELD ATTORNEY GENERAL FOR THE STATE OF OREGON

_____*s/Beth F. Plass*_____
**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975
Special Assistant Attorneys General for Defendants

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975