**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for
Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEBASTIAN DIAZ,<br><br>                                    Plaintiff,<br><br>          v.<br><br>KAMERZELL, LIEUTENANT YOUNCE, C/O<br>SCHATZLEIN and C/O COURTOURE,<br>                                    Defendants. | Case No. 2:25-CV-0092-AN<br><br>DECLARATION OF KEVIN<br>SCHATZLEIN IN SUPPORT OF<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT |

I, Kevin Schatzlein, declare:

1.      My name is Kevin Schatzlein.  I am currently employed as a corrections officer for the Oregon Department of Corrections ("ODOC") at Eastern Oregon Correctional Institution ("EOCI").  I make this declaration on personal knowledge and in support of defendants' motion for summary judgment.

2.      I understand that AIC Sebastian Diaz makes claims arising out of an incident that occurred on January 17, 2024.

3.      On January 16, 2024, I learned that there were some issues in the cell between AICs Diaz and Crain.  On January 17, 2024, it was brought to my attention that AIC Diaz was

PAGE 1 – DECLARATION OF SCHATZLEIN RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

telling AIC Crain that they could not live together.  AIC Diaz was basically forcing Crain out of his cell.  I emailed Lt. Youncs for advice or help.  Lt. Youncs did not reply to my email, but he called back during my lunch break that same day.  At approximately 10:45 a.m., he asked my break officer to go and ask if AIC Diaz and AIC Crain were in fact not getting along and if they wanted a move.  AICs Diaz and Crain told my break officer that they were fine living with each other.  I remember this specifically because when I came back from my lunch and my break officer told me this, I was surprised because of the complaints I had received from AICs Diaz and Crain.  I then went and double-checked with them.  AICs Diaz and Crain said they were fine living together, doubling down that they did not want to move.

4.    On January 17, 2024 at 12:50 p.m. while working on my post as the B2 Housing Unit Officer, I heard noises coming from cell 7 consistent with a fight.  As I approached, I saw AIC Diaz and AIC Brewer with arms locked together and bloody faces.  I gave the AICs direction to stop.  They ignored my direction, so I deployed pepper spray.

5.    Support staff arrived and handcuffed AIC Brewer.  During the process of restraining AIC Diaz, a third AIC, McNair, ran in and started to assault AIC Diaz.  Staff took AICs Diaz and Brewer to the ground to try to stop the assault.  Ultimately, staff were able to get the AICs restrained and separated.

/ / /

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: December 5, 2025.

_s/Kevin Schatzlein_
Kevin Schatzlein

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing **DECLARATION OF KEVIN SCHATZLEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by sending a true and correct copy of same in the following manner:

   X    U.S. regular mail, first class postage prepaid;

_____ Hand delivery;

_____ Electronic mailing;

_____ Express and/or overnight service;

to the person listed below and addressed as follows:

Sebastian Diaz
SID #26493192
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

Of Attorneys for Plaintiff

DATED:  December 9, 2025.

DAN RAYFIELD ATTORNEY GENERAL FOR THE STATE OF OREGON

     *s/Beth F. Plass*
**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975
Special Assistant Attorneys General for Defendants