**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
Telephone: 503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
Telephone: 503-726-5975
VICKERS PLASS LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035

Special Assistant Attorneys General for
Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEBASTIAN DIAZ,<br><br>                                        Plaintiff,<br><br>                    v.<br><br>KAMERZELL, LIEUTENANT YOUNCE, C/O SCHATZLEIN and C/O COURTOURE,<br>                                        Defendants. | Case No. 2:25-CV-0092-AN<br><br>SUPPLEMENTAL DECLARATION OF KEVIN SCHATZLEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Kevin Schatzlein, declare:

1.      My name is Kevin Schatzlein.  I am currently employed as a corrections officer for the Oregon Department of Corrections ("ODOC") at Eastern Oregon Correctional Institution ("EOCI").  I make this declaration on personal knowledge and in support of defendants' motion for summary judgment.

2.      The entire incident between AICs Diaz, Brewer, and McNair took place over about three minutes.

3.      AICs Diaz and Brewer separated after I deployed my OC spray.  I ordered AIC Brewer to the day room and AIC Diaz to his cell.  While staff were placing the handcuffs on AIC

PAGE 1 – SUPPLEMENT DECLARATION OF SCHATZLEIN RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Diaz, AIC McNair ran across the hall and between two staff member and started to assault AIC Diaz.  Staff immediately physically intervened to stop the altercation.  The incident between AICs Diaz and McNair lasted about 20-25 seconds.

4.      Staff did not enter the cell with AIC Diaz or close it behind them while handcuffing AIC Diaz.  That would have been unsafe.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: January 28, 2026.

_s/Kevin Schatzlein_
Kevin Schatzlein

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing **DECLARATION OF KEVIN SCHATZLEIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by sending a true and correct copy of same in the following manner:

     __X__   U.S. regular mail, first class postage prepaid;

     _____   Hand delivery;

     _____   Electronic mailing;

     _____   Express and/or overnight service;

to the person listed below and addressed as follows:

Sebastian Diaz
SID #26493192
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

Of Attorneys for Plaintiff

DATED:  January 30, 2026.

DAN RAYFIELD ATTORNEY GENERAL FOR THE STATE OF OREGON

       _s/Beth F. Plass_
**KAREN M. VICKERS,** OSB No. 913810
kvickers@vickersplass.com
503-726-5985
**BETH F. PLASS,** OSB No. 122031
bplass@vickersplass.com
503-726-5975
Special Assistant Attorneys General for Defendants

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975

VICKERS PLASS LLC
5200 SW MEADOWS ROAD, SUITE 150
LAKE OSWEGO, OREGON 97035
(503) 726-5985| (503) 726-5975